UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUCHUN LAFRE GOODWIN,<br><br>Plaintiff,<br><br>v.<br><br>ROYAL PROPERTIES, VICTORIA BRAMBLE, and AGELA HILL,<br><br>Defendants. | No. 1:23-cv-00260-ADA-HBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br><br>(ECF No. 8) |

Plaintiff, Duchun Lafre Goodwin is proceeding pro se and in forma pauperis in this civil action filed on February 21, 2023. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 24, 2023, the assigned Magistrate Judge filed findings and recommendation, recommending the case be dismissed because Plaintiff's amended complaint was deficient and frivolous. (ECF No. 8 at 6.) Notably, Plaintiff filed a deficient and frivolous amended complaint after the Magistrate Judge screened the initial complaint and gave Plaintiff the relevant case law to cure the deficiencies in the initial complaint. (*See* ECF No. 5.) Plaintiff was served with the findings and recommendation which contained a notice that objections to the findings and recommendations were to be filed within fourteen days after service. (ECF No. 8 at 7.) To date, no objections have been filed and the time to do so has expired. Moreover, on May 3, 2023, May 5, 2023, and September 5, 2023, mail sent by the Court to Plaintiff was returned undeliverable.

(*See* docket). Plaintiff's deadline to provide an updated address to the Court, as required by Local Rules 183(b) and 182(f), was July 10, 2023. (*Id*.) Plaintiff has not done so and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendation filed on August 24, 2023, (ECF No. 8), are ADOPTED in FULL; and
2. This action is DISMISSED because Plaintiff's amended complaint is wholly deficient and frivolous; and
3. The Clerk of Court shall terminate any pending motions, CLOSE this case, and enter judgment against Plaintiff.

IT IS SO ORDERED.

Dated:   October 20, 2023

UNITED STATES DISTRICT JUDGE

2